IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-CV-152

THE MITCHELL GOLD CO. d/b/a )
Mitchell Gold +Bob Williams, )
                  Plaintiff, )
                       )
       vs.               )            **ORDER STAYING**
                       )   **INITIAL ATTORNEYS' CONFERENCE**
AZAMMI, LP d/b/a MITCHELL )
GOLD + BOB WILLIAMS TEXAS, )
               Defendant. )
                       )
_____ )

     This matter is before the Court on the parties' joint Motion to Stay Initial Attorneys'

Conference. The Court has reviewed the motion and the record in this matter and finds there is

good cause to stay the requirement that the parties conduct an initial attorneys' conference

pending the arbitration of the dispute at issue in this case.

     IT IS THEREFORE ORDERED that the requirement that the parties conduct an initial

attorneys' conference shall be and hereby is STAYED pending the conclusion of the arbitration

of their dispute.

                         Signed: September 12, 2007

                         Graham C. Mullen
                         United States District Judge