IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV152

| | | |
|---|---|---|
| THE MITCHELL GOLD CO., | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AZAMMI, LP, d/b/a MITCHELL GOLD + BOB WILLIAMS TEXAS, | ) | |
|     Defendant. | ) | |

THIS MATTER is before the Court upon the parties' joint Stipulation of Dismissal with Prejudice. [Docket # 14].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge